IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br><br>DALLAS BOYD STOPPERICH<br>TONI JEAN WEN MAURER<br>    Debtors,<br><br>TOYOTA MOTOR CREDIT<br>CORPORATION<br>    Movant,<br><br>        v.<br><br>DALLAS BOYD STOPPERICH, and<br>TONI JEAN WEN MAURER, and<br>PAMELA J. WILSON, Trustee,<br>    Respondents. | Bankruptcy No. 26-20674-CMB<br><br>Chapter 7<br><br>Related to Doc. No. 14<br><br>**ENTERED BY DEFAULT** |

ORDER OF COURT

AND NOW, this 29th day of _____ May _____, 2026, upon consideration of the foregoing Motion

for Relief from the Automatic Stay, it is hereby ORDERED,

    a.   Relief from the Automatic Stay is granted as to the interest of 2021 Toyota Camry, VIN:
          4T1G11BK6MU030484.

BY THE COURT:

_Carlota M. Bohm_   **dmr**
Honorable Carlota M Bohm
U.S. Bankruptcy Court Judge

FILED
5/29/26 10:37 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 26-20674-CMB |
| Dallas Boyd Stopperich | Chapter 7 |
| Toni Jean Wen Maurer | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: May 29, 2026 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol        Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 31, 2026:**

**Recip ID                Recipient Name and Address**
db/jdb                    + Dallas Boyd Stopperich, Toni Jean Wen Maurer, 1781 East Maiden Street, Washington, PA 15301-3168

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 31, 2026          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 29, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| David A. Rice | on behalf of Debtor Dallas Boyd Stopperich ricelaw1@verizon.net  lowdenscott@gmail.com |
| David A. Rice | on behalf of Joint Debtor Toni Jean Wen Maurer ricelaw1@verizon.net  lowdenscott@gmail.com |
| Keri P. Ebeck | on behalf of Creditor Toyota Motor Credit Corporation kebeck@metzlewis.com  btemple@metzlewis.com |
| Matthew Fissel | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Pamela J. Wilson | pwilson@pjwlaw.net  pwilson@ecf.axosfs.com |

District/off: 0315-2                          User: auto                                   Page 2 of 2
Date Rcvd: May 29, 2026                       Form ID: pdf900                              Total Noticed: 1
TOTAL: 6