Certificate Number: 03621-PAW-DE-041071398

Bankruptcy Case Number: 26-20674



03621-PAW-DE-041071398

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 8, 2026, at 7:13 o'clock PM EDT, Dallas B Stopperich completed a course on personal financial management given by internet by Credit Card Management Services, Inc. d/b/a Debthelper.com, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date: June 8, 2026

By: /s/Wafaa Elmaaroufi

Name: Wafaa Elmaaroufi

Title: Credit Counselor