**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Dallas Boyd Stopperich** | Social Security number or ITIN   xxx–xx–1773 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Toni Jean Wen Maurer** | Social Security number or ITIN   xxx–xx–9991 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   WESTERN DISTRICT OF PENNSYLVANIA

Case number:   26–20674–CMB

# Order of Discharge

**12/15**

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Dallas Boyd Stopperich                    Toni Jean Wen Maurer

6/17/26                                   **By the court:**  Carlota M Bohm
                                                          United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support
obligations;

♦ debts for most student loans;

♦ debts for most taxes;

♦ debts that the bankruptcy court has
decided or will decide are not discharged
in this bankruptcy case;

♦ debts for most fines, penalties,
forfeitures, or criminal restitution
obligations;

♦ some debts which the debtors did not
properly list;

♦ debts for certain types of loans owed to
pension, profit sharing, stock bonus, or
retirement plans; and

♦ debts for death or personal injury caused
by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation
agreement are not discharged.

In addition, this discharge does not stop
creditors from collecting from anyone else who is
also liable on the debt, such as an insurance
company or a person who cosigned or
guaranteed a loan.

> **This information is only a general summary
> of the bankruptcy discharge; some
> exceptions exist. Because the law is
> complicated, you should consult an
> attorney to determine the exact effect of the
> discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re:

Dallas Boyd Stopperich

Toni Jean Wen Maurer

     Debtors

Case No. 26-20674-CMB

Chapter 7

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jun 17, 2026 | Form ID: 318 | Total Noticed: 21 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 19, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Dallas Boyd Stopperich, Toni Jean Wen Maurer, 1781 East Maiden Street, Washington, PA 15301-3168 |
| cr | + | Toyota Motor Credit Corporation, c/o Keri P. Ebeck, 444 Liberty Avenue, Suite 2100, Pittsburgh, PA 15222 UNITED STATES 15222-1222 |
| 16645847 | + | Finfit Loans, 272 Bendix Road, Suite 525, Virginia Beach, VA 23452-1394 |
| 16645853 | + | Progressive Leasing / Big Lots, 256 West Data Drive, Draper, UT 84020-2315 |
| 16645857 | + | WVU Medicine, P.O. Box 8031, Morgantown, WV 26506-8031 |
| 16645856 | + | Washington Health System, P.O. Box 16243, Pittsburgh, PA 15242-0243 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Jun 18 2026 04:23:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Jun 18 2026 04:23:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| 16645841 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Jun 18 2026 00:33:38 | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 16645842 | ^ | MEBN | Jun 18 2026 00:24:07 | Allegheny Health Network, P.O. Box 645266, Pittsburgh, PA 15264-5250 |
| 16645843 | + | EDI: CAPITALONE.COM | Jun 18 2026 04:23:00 | Capital One, AttN: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 16645844 | + | Email/PDF: creditonebknotifications@resurgent.com | Jun 18 2026 00:33:22 | Credit One Bank, Attn: Bankruptcy Department, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 16645845 | + | EDI: DISCOVER | Jun 18 2026 04:23:00 | Discovercard, Po Box 30939, Salt Lake City, UT 84130-0939 |
| 16645846 | + | Email/Text: EBN@edfinancial.com | Jun 18 2026 00:31:00 | Edfinancial Services L, P.o. Box 30159, Knoxville, TN 37930-0159 |
| 16645848 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Jun 18 2026 00:31:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, Po Box 70379, Philadelphia, PA 19176-0379 |
| 16645849 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Jun 18 2026 00:31:00 | LoanCare Llc, Attn: Bankrutpcy, P.O.Box 8068, Virginia Beach, VA 23450-8068 |
| 16645850 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 18 2026 00:32:00 | Midland Credit Mgmt / Citibank, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 16645851 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 18 2026 00:32:00 | Midland Credit Mgmt / Comenity, Attn: |

|  |  |  |  | Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
|---|---|---|---|---|
| 16645852 | + | EDI: PRA.COM | | |
|  |  |  | Jun 18 2026 04:23:00 | Portfolio Recovery / Synchrony, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502-4952 |
| 16645854 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | | |
|  |  |  | Jun 18 2026 00:31:00 | Toyota Financial Services, Attn: Bankruptcy, Po Box 22171, Tempe, AZ 85285-2171 |
| 16645855 | ^ | MEBN | | |
|  |  |  | Jun 18 2026 00:23:49 | UPMC, P.O. Box 371472, Pittsburgh, PA 15250-7472 |

TOTAL: 15

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | LAKEVIEW LOAN SERVICING, LLC |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 19, 2026                          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 17, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| David A. Rice | on behalf of Joint Debtor Toni Jean Wen Maurer ricelaw1@verizon.net lowdenscott@gmail.com |
| David A. Rice | on behalf of Debtor Dallas Boyd Stopperich ricelaw1@verizon.net lowdenscott@gmail.com |
| Keri P. Ebeck | on behalf of Creditor Toyota Motor Credit Corporation kebeck@metzlewis.com btemple@metzlewis.com |
| Matthew Fissel | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Pamela J. Wilson | pwilson@pjwlaw.net pwilson@ecf.axosfs.com |

TOTAL: 6