**Form 129**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Dallas Boyd Stopperich**
**Toni Jean Wen Maurer**
  Debtor(s)

Bankruptcy Case No.: 26–20674–CMB

Chapter: 7

### FINAL DECREE

The estate of the above named debtor has been fully administered.

**IT IS ORDERED THAT:**

      Pamela J. Wilson is discharged as trustee of the estate of the above named Debtor(s) and the bond is cancelled; the Chapter 7 case of the above named Debtor(s) is closed.

Dated: July 8, 2026

<u>Carlota M Bohm</u>
United States Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 26-20674-CMB |
| Dallas Boyd Stopperich | Chapter 7 |
| Toni Jean Wen Maurer | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Jul 08, 2026 | Form ID: 129 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol          Definition**

\+                   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.


**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 10, 2026:**

**Recip ID                    Recipient Name and Address**
db/jdb                    +  Dallas Boyd Stopperich, Toni Jean Wen Maurer, 1781 East Maiden Street, Washington, PA 15301-3168

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 10, 2026                    Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 8, 2026 at the address(es) listed below:**

**Name                          Email Address**

David A. Rice
                        on behalf of Debtor Dallas Boyd Stopperich ricelaw1@verizon.net  lowdenscott@gmail.com

David A. Rice
                        on behalf of Joint Debtor Toni Jean Wen Maurer ricelaw1@verizon.net  lowdenscott@gmail.com

Keri P. Ebeck
                        on behalf of Creditor Toyota Motor Credit Corporation kebeck@metzlewis.com  btemple@metzlewis.com

Matthew Fissel
                        on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com

Office of the United States Trustee
                        ustpregion03.pi.ecf@usdoj.gov

Pamela J. Wilson
                        pwilson@pjwlaw.net  pwilson@ecf.axosfs.com

District/off: 0315-2 User: admin Page 2 of 2
Date Rcvd: Jul 08, 2026 Form ID: 129 Total Noticed: 1
TOTAL: 6